UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW KATZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID KATZ, et al.,<br><br>    Defendants. | CASE NO. C22-5040JLR<br><br>MINUTE ORDER RESETTING DEPOSITION DESIGNATION DEADLINE |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court RESETS the deadline for the parties to submit deposition designations pursuant to Local Civil Rule 32(e) on **Friday, December 16, 2022**. *See* Local Rules W.D. Wash. LCR 32(e) (governing the process and timeline for submitting deposition designations to the court). The parties shall prepare the deposition designations in accordance with Local Rule Civil 32(e) and submit a copy of the deposition designations to the court in hardcopy on or before this deadline. *See id.* The court further ORDERS

MINUTE ORDER - 1

(1) that each party who intends to offer a deposition instead of or in addition to live testimony at trial provide to all other parties a transcript with the relevant portions highlighted by no later than **November 28, 2022**; and (2) that the parties provide their objections and counter-designations to the designated testimony, if any, to all other parties by no later than **December 9, 2022**.  These deadlines replace the deadlines for these deliverables set forth in Local Civil Rule 32(e).  *See id.*

Filed and entered this 17th day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk