UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW KATZ,

                Plaintiff,

    v.

DAVID KATZ,

                Defendant.

CASE NO. C22-5040JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable

James L. Robart:

Before the court is *pro se* Plaintiff Matthew Katz's response to Defendant David

Katz's motion for summary judgment.  (Resp. (Dkt. # 32); *see also* MSJ (Dkt. # 28).)  In

his response, Matthew[1] cites to his initial disclosures for evidence to oppose David's

motion.  (*See, e.g.*, Resp. at 2, 3, 8, 13-16.)  Because initial disclosures are not to be filed

_____

[1] For ease of reference, the court refers to the members of the Katz family by their first
names.  In doing so, the court means no disrespect.

MINUTE ORDER - 1

1  on the docket, the court has either struck or declined to file Matthew's initial disclosures.

2  *See* Local Rules W.D. Wash. LCR 5(d) ("Rule 26 initial disclosures and discovery

3  requests and responses must not be filed unless they are used in the proceedings or the

4  court orders filing"); (*see* 4/14/22 Dkt. Entry (declining to file initial disclosures);

5  10/17/22 Dkt. Entry (striking initial disclosures)).

6       So that it may consider Matthew's supporting documents, the court ORDERS

7  Matthew to file an affidavit in support of his opposition to David's motion for summary

8  judgment, attaching as exhibits the relevant documents from his initial disclosures.  *See*

9  Fed. R. Civ. P. 56(c)(4) (stating that an "affidavit or declaration used to support or

10  oppose a motion must be made on personal knowledge, set out facts that would be

11  admissible in evidence, and show that the affiant or declarant is competent to testify on

12  the matters stated"); Fed. R. Civ. P 56(e)(1) (stating that where a party fails to properly

13  support an assertion of fact, the court may give the party an opportunity to properly

14  support or address the fact).  Matthew shall file this affidavit by no later than Thursday,

15  November 17, 2022.[2]  The court also EXTENDS the deadline for David to file his reply

16  to Wednesday, November 23, 2022, so that he may consider the exhibits attached to

17  Matthew's supplemental filing.  The Clerk is directed to renote David's motion for

18  summary judgment (Dkt. # 28) on November 23, 2022.

19

20  _____

[2] The court directs Matthew's attention to Local Rule 10(e)(10), which provides that
21  "[a]ll exhibits [submitted in opposition to a motion] must be marked to designate testimony or
evidence referred to in the parties' filings" and that parties "shall submit only those excerpts of
22  the referenced exhibits that are directly germane to the matter under consideration, or necessary
to provide relevant context."  *See* Local Rules W.D. Wash. LCR 10(e)(10).

Filed and entered this 15th day of November, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk