UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW KATZ,

          Plaintiff,

   v.

DAVID KATZ,

          Defendant.

CASE NO. C22-5040JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is pro se Plaintiff Matthew Katz's application to proceed with his appeal in forma pauperis ("IFP"). (IFP App. (Dkt. # 54).) The Federal Rules of Appellate Procedure provide that:

> a party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:

MINUTE ORDER - 1

(A)     the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or

(B)     a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

Here, Mr. Katz was granted leave to proceed IFP in this matter (*see* 2/2/22 Order (Dkt. # 4)) and the court finds that (1) the appeal is taken in good faith, (2) Mr. Katz remains entitled to proceed IFP, and (3) no statute prohibits Mr. Katz from proceeding IFP on appeal. *See* Fed. R. App. P. 24(a)(3). As a result, Mr. Katz was not required to file a new IFP application in order to continue his IFP status on appeal. Because Mr. Katz remains entitled to proceed IFP on appeal, the court STRIKES Mr. Katz's IFP application (Dkt. # 54) as moot.

Filed and entered this 9th day of January, 2023.

                          RAVI SUBRAMANIAN
                          Clerk of Court

                          s/ Ashleigh Drecktrah
                          Deputy Clerk

MINUTE ORDER - 2